

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-18-00069-CV

| | | |
|---|---|---|
| Carter Wind Energy and Texas Central Resources LLC | § | From the 78th District Court |
| | § | of Wichita County (181,517-B) |
| v. | § | July 19, 2018 |
| Erwin Lee Harvey, Sr. and Jay Warne Carter, Jr. | § | Per Curiam |

## JUDGMENT ON REHEARING

This court has again considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM